1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  **Attorneys for Defendant
   CITY OF NORTH LAS VEGAS**

8

9                       UNITED STATES DISTRICT COURT

10                             DISTRICT OF NEVADA

11  GARRY E. GOLDING,                    CASE NO.:   2:17-cv-02340-RFB-PAL

12              Plaintiffs,
    vs.                                  **STIPULATION, REQUEST AND ORDER
13                                       EXTENDING TIME TO FILE
    CITY OF NORTH LAS VEGAS, a municipal RESPONSIVE PLEADINGS TO
14  corporation,                         PLAINTIFF'S COMPLAINT**

15              Defendants.              **(First Request)**

16

17        Defendants CITY OF NORTH LAS VEGAS, by and through its counsel, Kaempfer

18  Crowell, and GARRY E. GOLDING ("Plaintiff"), by and through his counsel, Melanie Hill,

19  hereby respectfully submit this Stipulation, Request and Order Extending Time to File

20  Responsive Pleading to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in

21  accordance with LR IA 6-1, LR IA 6-2, and LR II 7-1 of the Local Rules of this Court.  This is

22  the first request for an extension of time to file a response to Plaintiff's Complaint

23  ("Complaint").

24

The instant extension is requested as Defendants' Counsel requires a few additional days to complete the response to Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including January 2, 2018, for the Defendants to file a response to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 22nd day of December, 2017.

| KAEMPFER CROWELL | LAW OFFICE OF MELANIE HILL |
|---|---|
| By: */s/ Lyssa Anderson*<br>Lyssa Anderson (Bar No. 5781)<br>Ryan Daniels (Bar No. 13094)<br>1980 Festival Plaza, Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants**<br>**CITY OF NORTH LAS VEGAS** | By: */s/ Melanie A. Hill*<br>Melanie A. Hill (Bar No. 8796)<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148<br>***Attorney for Plaintiff Garry E. Golding*** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2017

2081385_1.doc 16455.

Page 2 of 2