LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*City of North Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARRY E. GOLDING,

        Plaintiff,

vs.

CITY OF NORTH LAS VEGAS, a municipal
corporation,

        Defendants.

Case No.:    2:17-cv-02340-RFB-PAL

**STIPULATION TO EXTEND
DISPOSITIVE MOTION DEADLINE**

(Third Request)

      Garry E. Golding and the City of North Las Vegas, by and through their counsel of record, agree and stipulate to extend the dispositive motion deadline (currently set for February 4, 2019) an additional 15 days so that the new dispositive motion deadline will be **February 19, 2019**. This is the third requested extension between the parties for this deadline. The parties request this extension because as set out in the parties' prior requests, one of the Defendant's key witnesses was unavailable for his deposition due a severe illness. That witness has now been deposed and the parties are waiting on the deposition transcript that will be necessary to prepare dispositive motions. In addition, CNLV's Counsel has nearly twenty (20) depositions scheduled

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

for the month of January as well as hearings and substantial deadlines in other matters which preclude Counsel's ability to prepare an adequate dispositive motion.

The extension will not prejudice any party and will allow the parties to obtain the deposition transcript and enough time to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by delaying trial or otherwise; no trial date has yet been ordered.

IT IS SO STIPULATED this 15th day of January, 2019.

KAEMPFER CROWELL                          LAW OFFICE OF MICHAEL BALABAN

By:  /s/ Lyssa Anderson                   By:  /s/ Michael Balaban
     LYSSA S. ANDERSON                          MICHAEL BALABAN, ESQ.
     Nevada Bar No. 5781                         Nevada Bar No. 9370
     1980 Festival Plaza Dr., Ste. 650           10726 Del Rudini Street
     Las Vegas, Nevada 89135                     Las Vegas, NV 89141
     *Attorneys for Defendant*                   *Attorneys for Plaintiff*
     *City of North Las Vegas*                   *Garry E. Golding*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of January, 2019.

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113