LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*City of North Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARRY E. GOLDING,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>　　　　　Defendants. | Case No.:　2:17-cv-02340-RFB-PAL<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(Fourth Request) |

Garry E. Golding and the City of North Las Vegas, by and through their counsel of record, agree and stipulate to extend the dispositive motion deadline (currently set for February 19, 2019) an additional thirty (30) days so that the new dispositive motion deadline will be **March 21, 2019**. This is the fourth requested extension between the parties for this deadline. The parties request this extension because as set out in the parties' prior requests, one of the Defendant's key witnesses was unavailable for his deposition due a severe illness. That witness was deposed; however, the parties are still waiting on the deposition transcript and also, are waiting on a deposition transcript of a second key witness that was never received. The

transcripts are necessary to prepare dispositive motions. The parties have been coordinating with the Court Reporter about the deposition transcripts and have been told they will be provided "shortly." The parties cannot determine a date certain that they will have the transcripts.

The extension will not prejudice any party and will allow the parties to obtain the deposition transcripts and enough time to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by delaying trial or otherwise; no trial date has yet been ordered.

IT IS SO STIPULATED this 13th day of February, 2019.

| KAEMPFER CROWELL | LAW OFFICE OF MICHAEL BALABAN |
|---|---|
| By: */s/ Lyssa Anderson* <br> LYSSA S. ANDERSON <br> Nevada Bar No. 5781 <br> 1980 Festival Plaza Dr., Ste. 650 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Defendant* <br> *City of North Las Vegas* | By: */s/ Michael Balaban* <br> MICHAEL BALABAN, ESQ. <br> Nevada Bar No. 9370 <br> 10726 Del Rudini Street <br> Las Vegas, NV 89141 <br> *Attorneys for Plaintiff* <br> *Garry E. Golding* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of February, 2019.