Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARRY E. GOLDING,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>　　　　　　Defendant. | CASE NO. 2:17-cv-02340-RFB-PAL<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT MUST REPLY TO PLAINTIFF'S RESPONSE<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant City of North Las Vegas's motion for summary judgment filed on March 21, 2019, for which the response is currently due on April 11, 2019, will be continued until May 1, 2019.

///

///

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including a response to a motion for summary judgment in another case due on April 16, 2019 and an opening appeals brief in yet another case due on April 22, 2019. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
Attorney for Plaintiff

Dated: April 10, 2019

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
Lyssa S. Anderson, Esq.
1980 Festival Plaza Drive,
Suite 650
Las Vegas, NV 89135
Attorney for Defendant

Dated: April 10, 2019

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of April, 2019.